## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS C. HAUN,

Defendant.                                            No. 09-30074-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's motion for extension of time to respond to Defendant's motion to suppress (Doc. 18). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** the Government up to and including September 14, 2009 to file a response to Defendant's motion to suppress.

**IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**