IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**THOMAS C. HAUN,**

**Defendant.**                                                    No. 09-30074-DRH

**ORDER**

**HERNDON, Chief Judge**:

      This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Haun, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Haun's consent (Docs. 35, 37 & 38).  Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on January 6, 2010 (Doc. 36).  During the change of plea, Defendant Haun plead guilty to Count 1 of the Indictment, possession of child pornography in violation of 18 U.S.C. § 2256(8)(A), and conceded that the Government could prove all of the elements for the forfeiture of the property sought in Count 2, following a thorough colloquy with Judge Proud.  Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Haun's plea of guilty (Doc. 39).

      In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed

time to file written objections. On January 7, 2010 , Haun filed a response stating that he does not object to the Report (Doc. 40). Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, it is the finding of the Court in the case of *United States v. Thomas Haun*, that Defendant Haun was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Furthermore, the Court has examined the plea agreement, the presentence report and the entire record of this case and is willing to be bound by the negotiated terms of said plea agreement. Accordingly, the Court **ACCEPTS** Defendant Haun's guilty plea and **ADJUDGES** him **GUILTY** on Count 1 of the Indictment and **FINDS** that he conceded that the Government could prove all the elements for forfeiture of the property sought in Count 2 and has accordingly agreed to the entry of a forfeiture order in due course. The Court **SETS** this matter for sentencing on at January 20, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 8th day of January, 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**