IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|     Plaintiff,           ) | |
|                                 ) | CRIMINAL NO.  09-30074-DRH |
| vs.                             ) | |
|                                 ) | |
| THOMAS C. HAUN,                 ) | |
|                                 ) | |
|     Defendant.           ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 21, 2010, this court entered an order for forfeiture against defendant Thomas C. Haun for the following property which had been seized from said defendant:

**One Acer Power Mini Tower 1000 AP1000-EA380M.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 13, 2010, and ending March 14, 2010, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 21, 2010, namely:

**One Acer Power Mini Tower 1000 AP1000-EA380M.**.

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be performed by any person or entity authorized to do so by the United States Marshals Service.

**DATE: June 22, 2010**

/s/ *David R Herndon*

**Chief Judge**
**United States District Court**